ACCEPTED
01-14-00997-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 1:18:33 PM
CHRISTOPHER PRIN[
CLERK

No. 01-14-00997-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 1:18:33 PM
CHRISTOPHER A. PRINE
Clerk

Perry D. Felix d/b/a Han's Laser Technology Co., Appellant

v.

Prosperity Bank, Appellee

From the 164th District Court, Harris County, Texas
Cause No. 2013-50191

## JOINT MOTION TO EXTEND TIME TO FILE APPELLANT'S AND CROSS-APPELLANT'S BRIEF

Appellant Perry D. Felix d/b/a Han's Laser Technology Co. ("**Felix**") and Cross-Appellant Prosperity Bank ("**Prosperity**") file this Joint Motion for Extension of Time to File Appellant's and Cross-Appellant's Briefs pursuant to TRAP 38.6 and TRAP 10.5 (b), and would respectfully show the Court the following:

1.      Appellant's and Cross-Appellant's Briefs are calendared as due on February 23, 2015. No previous extensions have been requested.

2.      This motion is not brought for purpose of delay, rather that justice may be done.

20090252.20140460/2089744.1

3.	Specifically, the original clerk's record was filed January 22, 2015. Prosperity requested a supplemental clerk's record on January 29, 2015 and a second supplemental clerk's record on January 30, 2015. We have been informed by the district clerk that such record(s) will not be available until March 2, 2015. Accordingly, the parties ask the Court's indulgence to afford the district clerk adequate time to supplement the record.

4.	Based on the foregoing and in the interest of justice, the undersigned ask the Court for an extension time of at least 30 days for filing their respective Appellant's and Cross-Appellant's Briefs.

WHEREFORE, Appellant Perry D. Felix d/b/a Han's Laser Technology Co. and Cross-Appellant Prosperity Bank respectfully request that the Court grant this motion and extend for 30 days or such other period as the Court may determine the time for the filing of Appellant's and Cross-Appellant's Briefs.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael D. Conner
    Michael D. Conner
    State Bar No. 04688650
    E-mail: mconner@hirschwest.com
    William "Pat" Huttenbach
    State Bar No. 24002330
    E-mail: phuttenbach@hirschwest.com
    Jacob M. Stephens
    State Bar No. 24066143
    E-mail: jstephens@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-9162
    Facsimile: (713) 223-9319

**ATTORNEYS FOR APPELLEE/CROSS-APPELLANT, PROSPERITY BANK**

By: /s/ J. Steven Stewart (by permission)
    J. Steven Stewart
    State Bar No: 19210500
    5353 West Alabama, Suite 605
    Houston, Texas 77056
    Telephone: (713) 977-3447
    Facsimile: (832) 201- 9117
    E-mail: jss@jstevenstewart.com

**ATTORNEY FOR APPELLANT PERRY D. FELIX D/B/A HAN'S LASER TECHNOLOGY CO.**

## CERTIFICATE OF CONFERENCE

On February 12, 2015, I spoke with Mr. J. Steven Stewart, counsel for Appellant, who agreed to join this motion.

*/s/ Michael D. Conner*
Michael D. Conner

## CERTIFICATE OF COMPLIANCE

I do hereby certify that this document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Goudy Old Style font.

*/s/ Michael D. Conner*
Michael D. Conner

## CERTIFICATE OF SERVICE

On the 20th day of February, 2015, the foregoing document was served pursuant to Rule 21a of the Texas Rules of Civil Procedure as indicated below:

J. Steven Stewart
5353 West Alabama, Suite 605
Houston, Texas 77056
E-mail: jss@jstevenstewart.com
***Via E-Service***

*/s/ Michael D. Conner*
Michael D. Conner